UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 20-21691-Civ-COOKE/REID

THEODORE KEITH GRIFFIN,

    Petitioner,

v.

MARK S. INCH,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER was initially docketed as a *pro se* Complaint pursuant to 42 U.S.C. § 1983; however, upon review, United States Magistrate Judge Lisette M. Reid determined that the Petitioner's Complaint was actually a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. ECF No. 9. As such, this matter was referred to Judge Reid under 28 U.S.C. § 636(b)(1)(B), (C); S.D. Fla. L. R. 1(f) governing Magistrate Judges; S.D. Fla. Admin. Order 2019-02; and the Rules Governing Habeas Corpus Petitions in the United States District Courts for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. *See* ECF No. 2.

On October 9, 2020, Judge Reid issued a Report recommending that this Court: 1) dismiss the Petition as time-barred; and 2) decline to issue a certificate of appealability. *Report of Magistrate Judge re State Habeas Petition – 28 U.S.C. § 2554*, ECF No. 9. Petitioner did not object to the Report and the time to do so has passed. After considering Judge Reid's Report, the record, and the relevant legal authorities, I find Judge Reid's Report clear, cogent, and compelling. Moreover, Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). It is therefore **ORDERED and ADJUDGED** as follows:

    **1.** Judge Reid's Report and Recommendation [ECF No. 9] is **APPROVED and**

      **ADOPTED**;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [ECF No. 1] is **DISMISSED** as time-barred;
3. A Certificate of Appealability is **DENIED**; and
4. The Clerk of Courts is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 29th day of October 2020.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Lissette Reid, U.S. Magistrate Judge*
*Theodore Keith Griffin, pro se*
*All Counsel of record*